## BOSTWICK v. HAWLEY.

ACTION on the case, for slanderous words spoken of the plaintiff, respecting his profession of master of a vessel. The declaration concluded in this manner: — " That by means thereof, the plaintiff had lost his employ, in his said business and profession of master and conductor of vessels; is reduced from competency to want, and is exposed to punishment," etc.

A deposition was offered to prove special damage.

Mr. Tracy, for the defendant, objected, on the ground, that no special damages were alleged in the declaration; and he cited Browning v. Newman, 1 Str. 666; Bul. *Nis Prius*, 7; also, case of Bostwick v. Nickelson, *ante*, 65.— To show that such a conclusion was not held to be an allegation of special damage.

And the deposition was excluded by the court.